JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY L. HAGA,<br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | ) CASE NO. 2:23-cv-00713-AGR<br>)<br>) [PROPOSED]<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 9, 2023

                                                      HONORABLE ALICIA G. ROSENBERG
                                                    UNITED STATES MAGISTRATE JUDGE