LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 954-2380
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| MISTY L. HAGA,<br>　　Plaintiff,<br>　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　Defendant. | No: 2:23-cv-00713-AGR<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED EIGHTY-THREE DOLLARS AND 50/100 ($5,183.50) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: October 4, 2023

*Alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-